PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Maurice Blount                              Cr.: 95-00641-001

Name of Sentencing Judicial Officer: The Honorable Alfred M. Wolin

Date of Original Sentence: 04/17/96

Original Offense: Conspiracy to Possess with Intent to Distribute Crack Cocaine

Original Sentence: 133 months imprisonment to be followed by five (5) years of supervised release

Type of Supervision: Supervised Release            Date Supervision Commenced: 05/31/03

## PETITIONING THE COURT

[ ]   To extend the term of supervision for _____ Years, for a total term of _____ Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant's remaining balance in the amount of $3,487 be waived.

## CAUSE

Mr. Blount was diagnosed with non-Hodgkin-Lymphoma in March 2004, after tumors were discovered in his back near his spine and testicles. Mr. Blount is currently in remission, yet the last PET scan revealed a shadow in his chest. Blount supports himself through SSI which is barely enough for him to survive financially. Due to his financial status and health problems, we are respectfully requesting that Mr. Blount be credited with paying $1,513 towards the $5,000 fine, and that the remaining balance of $3,487 be waived.

Respectfully submitted,

By: Edward J. Irwin
U.S. Probation Officer
Date: 04/10/07

### THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer
4-23-07
Date